**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6729**

WARREN MATTHEW GIDDINGS,

            Plaintiff – Appellant,

        v.

OFFICER COLDSMITH; MCTC OFFICER, Officer Coldsmith's Partner; LIEUTENANT DWAYNE DRAPER,

            Defendants – Appellees,

and

MARYLAND CORRECTIONAL TRAINING CENTER,

            Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge.  (1:21-cv-00127-RDB)

Submitted:  October 13, 2022                    Decided:  October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Warren Matthew Giddings, Appellant Pro Se.  David W. Ryden, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,

Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Matthew Giddings appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Giddings v. Md. Corr. Training Ctr.*, No. 1:21-cv-00127-RDB (D. Md. June 8, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*